CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 30 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JOSEPH SHANNON SMITH,
   Petitioner,

v.

COMMONWEALTH OF VIRGINIA,
   Respondent.

Civil Action No. 7:10-cv-00433

FINAL ORDER

By:  Hon. James C. Turk
      Senior United States District Judge

In accordance with the memorandum opinion entered this day, it is now

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice** as successive; a Certificate of Appealability is **DENIED**; petitioner's motion to proceed in forma pauperis is **DENIED as moot**; and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 30th day of September, 2010.

                                                       Senior United States District Judge